TO THE COURT

This issue appears to be relatively simple, do I have a legal obligation to wear a GPS device upon my release or not. The complaint [is] straight forward in that regard. I would add that a detainer is attached as I was criminally charged with removing the GPS device under § 946.465, you will also see attached a detainer-cancellation [as] the charge was dismissed. My understanding is that as I did not fall under § 301.48 or § 301.49 that § 946.465 was not applicable to [me], resulting in the dismissal.

Naturally, my position is that it has already been determined that I am under no legal obligation to wear a GPS device. Therefore, [I] respectfully ask this court to grant this emergency injuction request and enter an order preventing Department of Community Corrections agents from illegally attaching a GPS device to me upon my release on September 12th, 2023.

It is worth noting that I have asked my parole agent Leland [C]ham and his supervisor Sarah Watson what specific statute requires [me] to wear a GPS device upon my release, to which I have not received a response. This complaint was emailed to Asst. Regional Chief Peter Marik who is the next link in the chain of review. He [h]as failed to respond to my complaint as well. --- So, the first three [s]teps in the doc-administrative exhaustion chain have refused

COPY: FILE

to respond or address this issue. I have a seperate complaint that was emailed to Mr. Peter Marik as well on 08-17-23, time still remains for a response but as I am not sure why he did not respond to my last complaint, I am forwarding both complaints to the last link in the chain of review being the DCC administrator Lance Wiersma with explanation and asking him to facilitate or address the complaints himself, which I am placing in the mail tonite with this injunction request - Saturday the 26th of August.

In furtherance, as my complaint contends, the dept. of corrections is an administrative agency, whether I have a legal obligation to GPS or not is a judicial determination to be made by the courts, not something the DOC can arbitrarily impose or implement on it's own accord.

If the DOC wishes to seek such a hearing to comport with due process that is its prerogative.

Therefore, I respectfully ask this court to grant the injunctive relief requested until such time as the D.OC seeks a judicial determination, if it so chooses.

It is my contention that the DOC is well aware that I have no legal obligation to wear a GPS device, (this has been a heated point of contention.) Not wanting to acknowledge it, they simply refuse to respond and are stalling until my release to force me to experience the humiliation, inhumanity, and indignity of having a GPS device to my body - submit to their will, the intentional infliction of emotional distress.

It is very likely that I will not allow the attachment, which will result in my arrest and reincarceration upon release and I beg the court to intervene on an emergency basis.

I swear under the penalties of perjury that all of the foregoing is true and correct dated this the 26th day of August 2023.

Respectfully submitted,

Roger Curiel